In the Matter of the Probate of the Last Will and Testament of BARBARA R. MOTTOLA, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ. ·

In the Matter of the Probate of the Will of HELEN S. WILBER, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

· FIDELITY AND COLUMBIA TRUST COMPANY, as Trustee, etc., and Others, Respondents, v. GUSTAV S. LEVIN and Another, Appellants.— Motion for leave to appeal to Court of Appeals granted.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HENRY W. WAGNER, Appellant, v. GREAT AMERICAN INSURANCE COMPANY, NEW YORK, and Others, Respondents.— Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to Court of Appeals denied.    Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LOUISA SWEET, Appellant, v. NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CORINNE M. HENDERSON, Respondent, v. EARL H. HENDERSON, Appellant.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.    Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LIZZIE MAY BAKER, as Administratrix, etc., of FRANK M. BAKER, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY and NEW YORK CENTRAL RAILROAD COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to Court of Appeals denied.    Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

PERCIVAL W. COPELAND, Respondent, v. FRANCIS M. HUGO, Appellant, Impleaded with Another Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.    Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

NICHOLAS PARIS, Plaintiff, v. WILLIAM GANSS FUR COMPANY, INCORPORATED, Defendant.    (Action No. 2.) — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ESTELLE DIRKSEN, Respondent, v. ROBERT WALKER, Appellant.— Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to Court of Appeals denied.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JESSIE MAUD WILLIAMS, Respondent, v. FLAGG STORAGE WAREHOUSE COMPANY, Appellant, and ELLA B. DELIMA, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.    Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.